# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FRESNOZA, | Case No. CV 22-06982 DSF (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed.

DATED: August 22, 2024

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE